# United States Court of Appeals
## For the First Circuit

No. 16-2451

VICTOR A. SEPÚLVEDA-VARGAS,

Plaintiff, Appellant,

v.

CARIBBEAN RESTAURANTS, LLC,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on April 30, 2018 is amended as follows:

On page 12, line 1, "and" should be changed to "an"